**95–1330.** State v. Esparza. *Lucas County*, No. L–84–225. On motion to set execution date. Motion granted.

F.E. SWEENEY, J., dissents.

RESNICK, J., not participating.

**95–1841.** State ex rel. Kabert v. Shaker Hts. School Dist. Bd. of Edn. In Mandamus. On answer of respondent. *Sua sponte*, alternative writ granted on relators' complaint. On motion to dismiss of third-party respondent. Third-party respondent's motion to dismiss respondent/third-party relator's complaint granted.

**95–1925.** Harbeitner v. Ohio Dept. of Commerce. *Cuyahoga County*, No. 68483. On motion to strike. Motion denied.

COOK, J., would also grant leave to file.

**95–2449.** Olmsted Falls Bd. of Edn. v. Tracy. Board of Tax Appeals, No. 93–P–1382. *Sua sponte*, cause consolidated with 95–2451, *Olmsted Falls Bd. of Edn. v. Tracy*, Board of Tax Appeals, No. 93–P–1383.

**95–2453.** Olmsted Falls Bd. of Edn. v. Tracy. Board of Tax Appeals, No. 93–P–1381. On request for oral argument before full court. Request denied.

**95–2639.** Kayser v. Hutman. *Lorain County*, Court of Common Pleas, No. 95CV115361. On request for oral argument. Request denied.

**96–541.** Reynoldsburg City School Bd. of Edn. v. Franklin Cty. Bd. of Revision. Board of Tax Appeals, Nos. 93–T–28, 93–T–29, 93–T–49, 93–T–50, 93–T–51 and 93–T–52. On motion to consolidate with 96–542, *Chatterton Club, L.P. v. Franklin Cty. Bd. of Revision*, Board of Tax Appeals, No. 93–A–172, and 96–545, *C.O.A. Hous., Inc. v. Van Wert Cty. Bd. of Revision*, Board of Tax Appeals, No. 94–P–759. Motion granted.

**96–593.** State ex rel. Durkin v. Ungaro. In Mandamus. *Sua sponte*, alternative writ granted.

**96–635.** State v. Sanders. *Montgomery County*, No. 13925. On motion for leave to file delayed appeal. Motion denied.

RESNICK and PFEIFER, JJ., dissent.

**96–658.** Adkins v. McFaul. *Cuyahoga County*, No. 70210. On motion to expedite. Motion denied.

RESNICK, PFEIFER and COOK, JJ., dissent.

**96–866.** State v. Thompson. *Hardin County*, No. 6–95–20. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte*, cause held for the decision in 95–1377 and 95–1466, *State v. Gustafson*, Mahoning County, No. 94 C.A. 232; briefing schedule stayed.

**96–1004.** State v. Lutchey. *Fulton County*, No. F–95–009. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, COOK and STRATTON, JJ., dissent.

**96–1005.** State v. Huff. *Lorain County*, No. 96CA006348. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents and would deny the motion to strike.

**96–1023.** State v. Brown. *Cuyahoga County*, No. 68761. On motion for leave to file delayed appeal. Motion granted.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

**96–1035.** State v. McElfresh. *Licking County*, No. 94–CA44. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and DOUGLAS, J., dissent.

**96–1044.** State v. Neubauer. *Union County*, No. 14–96–4. On motion to consolidate with 95–1271, *State v. Miller*, Auglaize County, No. 2–94–32; 95–1303, *State v. Smith*, Auglaize County, No. 2–95–3; 95–1304, *State v. Brown*, Auglaize County, No. 2–95–6; 95–1305, *State v. Roth*, Auglaize County,